**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| CAROLINE ALANA LEWIS-GURSKY and RUBEN CHEZ, | : : : : : : : : : : : : : : | Case No: 8:15-cv-02887 |
| Plaintiffs, | | |
| v. | | |
| CITIGROUP, INC. and JUDGE TECHNICAL SERVICES, INC., | | |
| Defendants. | | |

## DECLARATION OF JUSTIN K. VICTOR

I, Justin K. Victor, declare under penalty of perjury as follows:

1.      I am an associate with the law firm of Morgan, Lewis & Bockius, LLP ("Morgan Lewis"), counsel for Defendants Citigroup Inc. ("Citi") and Judge Technical Services, Inc. ("Judge") (collectively, "Defendants").

2.      I submit this declaration in support of Defendants' Memorandum of Law in Opposition of Plaintiffs' Motion for Court-Authorized Notification Pursuant to 29 U.S.C. § 216(b).

3.      This declaration is based upon my personal knowledge.

4.      Attached as Exhibit A is a true and correct copy of portions of the deposition transcript of Named Plaintiff Alana Lewis-Gursky.

5.      Attached as Exhibit B is a true and correct copy of portions of the deposition transcript of Named Plaintiff Ruben Chez.

6.      Attached as Exhibit C is a true and correct copy of portions of the deposition transcript of Opt-In Plaintiff Jill Marlow.

7.      Attached as Exhibit D is a true and correct copy of portions of the deposition transcript of Opt-In Plaintiff David Rodriguez.

8.      Attached as Exhibit E is a true and correct copy of portions of the deposition transcript of Opt-In Plaintiff Nicole Young.

9.      Attached as Exhibit F is a true and correct copy of portions of the deposition transcript of Donna Gruppuso.

10.     Attached as Exhibit G is a true and correct copy of portions of the deposition transcript of Christopher Mark.

11.     Attached as Exhibit H is a true and correct copy of portions of deposition transcript of Tai Truong.

12.     Attached as Exhibit I is a true and correct copy of Plaintiffs' counsels' January 27, 2016 solicitation letter sent to potential collective members, which was Exhibit 13 to the Caroline Alana Lewis-Gursky Deposition.

13.     Attached as Exhibit J is a true and correct copy of Plaintiffs' counsels' solicitation email sent to potential collective members, which was Exhibit 14 to the Caroline Alana Lewis-Gursky Deposition.

14.     Attached as Exhibit K is a true and correct copy of Citi's Business Manager Guide.

15.     Attached as Exhibit L is a true and correct copy of Citi's Supplier Rules of Engagement, which was Exhibit 1 to the Donna Gruppuso Deposition.

16.     Attached as Exhibit M is a true and correct copy of Opt-In Plaintiff Nicole Young's Resume, which was Exhibit 1 to the Nicole Young Deposition.

17.    Attached as Exhibit N is a true and correct copy of Plaintiff Ruben Chez''s Temporary W-2 Assignment Agreement, which was Exhibit 8 to the Ruben Chez Deposition.

18.    Attached as Exhibit O is a true and correct copy of Opt-In Plaintiff David Rodriguez's Resume, which was Exhibit 12 to the David Rodriguez Deposition.

19.    Attached as Exhibit P is a true and correct copy of the Plaintiff Caroline Alana Lewis-Gursky's Answers to the Court's Interrogatories, which was Exhibit 9 to the Caroline Alana Lewis-Gursky Deposition.

20.    Attached as Exhibit Q is a true and correct copy of Plaintiff Caroline Alana Lewis-Gursky's Resume, which was Exhibit 18 to the Caroline Alana Lewis-Gursky Deposition.

21.    Attached as Exhibit R is a true and correct copy of Opt-In Plaintiff Jill Marlow's Arbitration Agreement with Citi, which was Exhibit 10 to the Jill Marlow Deposition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of November, 2016.

                                                    */s/ Justin K. Victor*
                                                    Justin K. Victor