# EXHIBIT I

# BURR ✦ SMITH LLP
## EMPLOYEE ADVOCATES

January 27, 2016



Re:    Investigation of Unpaid Overtime Compensation While Working At Citigroup Offices

Dear REDACTED

I am one of several attorneys representing individuals who were hired to perform work at Citigroup offices through staffing agencies such as Judge Technical Services. These individuals have filed a lawsuit alleging Defendants' Citigroup and the staffing agencies, failed to pay them overtime pay for hours they worked in excess of forty hours per week while performing work at Citigroup offices for Citigroup. The lawsuit seeks unpaid overtime wages, liquidated damages, attorneys' fees and costs both for these individuals and other purported contractors.

If you have any information about the practice of hourly employees working overtime hours at Citigroup offices without overtime compensation during the past three years, and are not currently working as a manager for Citigroup, Judge Technical Services, or any other staffing agency affiliated with Citigroup, please call me at (866) 647-3110 or email me at ldonnell@burrandsmithlaw.com.

We appreciate your assistance as we investigate this matter.

Sincerely,

*Loren B. Donnell*

Loren B. Donnell
Burr & Smith, LLP



LIMITED LIABILITY PARTNERSHIP
111 2ND AVENUE N.E., SUITE 1100 · ST. PETERSBURG, FLORIDA 33701
(813) 253-2010 · (727) 823-2126 FAX · BURRANDSMITHLAW.COM



EXHIBIT
L613
SS 6 23 16, LEWIS Cathy

P00000298