# EXHIBIT J

NEW YORK
Category:    Expertise Request
Subject:     ATTORNEY ADVERTISING – CITIGROUP IT WORKERS' OVERTIME LAWSUIT
Body:

Hi [FIRST NAME],

We represent current and former non-exempt, hourly-paid IT employees who are working or have worked for Citigroup and one of its IT vendors.

Based on information provided to us by our clients, we believe that Citi and its vendors violated federal and state wage and hour laws by failing to pay non-exempt, hourly-paid IT workers for all hours worked over 40 in a work week.

On April 23, 2015, we filed a class and collective action complaint in the Southern District of New York against Citi and Judge to recover unpaid overtime wages for our clients and all other similarly situated non-exempt, hourly-paid IT workers. The case is titled *Lewis-Gursky v. Citigroup, Inc. and Judge Technical Services, Inc.*, Case No. 15 Civ. 03213. The case was then transferred to the Middle District of Florida, Case No. 15 Civ. 02887.

The plaintiffs allege that they worked more than 40 hours per week, off the clock and without any pay.

We identified you as a former CITI IT worker based on your LinkedIn profile. If you would like to speak with us about your experience working overtime for Citi, please contact my colleagues Michael J. Scimone or Olivia J. Quinto at (212) 245-1000 or at CitiOfftheClock@outtengolden.com.

Any information that you provide to us could help us obtain a recovery on your behalf and on behalf of other non-exempt, hourly-paid IT workers at Citi. Of course, you are under no obligation to respond to this message. We look forward to hearing from you.

Sincerely,
Justin M. Swartz, Esq.
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Tel: (212) 245-1000
Fax: (646) 509-2092
http://www.outtengolden.com


EXHIBIT LG14
SS Lewis Gursky