# EXHIBIT L

# CITI TECHNOLOGY
# US IT STAFF AUGMENTATION
# PREFERRED SUPPLIER PROGRAM
# RULES OF ENGAGEMENT

The following document outlines the Rules of Engagement governing Citi's Technology Staffing Office Preferred Supplier Program effective March 2014. These guidelines are meant to ensure consistent processes are adhered to in order to run a more effective operating model, reduce inefficiencies and increase speed to market. The engagement model is intended to ensure there is an equal and fair playing field for Citi's Technology Preferred Supplier List towards the objective of achieving the highest level of talent at a competitive price point.

All Preferred suppliers are required to adhere to the following guidelines. Failure to comply with the Rules of Engagement will result in suspension from the Preferred Supplier Program and repeated offenses may result in removal from the Program. The Rules of Engagement outlined are in addition to the terms and conditions outlined in your firm's Master Agreement for Professional Services. All Preferred Suppliers are required to acknowledge their commitment to these processes, procedures, and guidelines as outlined by the Resource and Location Strategy (R&LS) Staffing Office by reviewing and executing a signed copy of this document.

SUPPLIER STRUCTURE
- Citi Technology has selected a core community of Preferred Suppliers to participate in their Preferred Supplier Program for IT Staff Augmentation resources in the US.
    - There are currently 17 enterprise wide Preferred Staff Augmentation Suppliers.
    - Of the 17, 8 are aligned to ICG Technology and no additions will be made at time of release of this document.
- Preferred Suppliers are aligned based on regional capabilities including physical geographical presence.
- Position Requirements will be distributed via the Fieldglass system to all suppliers. Ultimately, requirements will be distributed on a rotational basis per requisition. The Staffing Office reserves the right to distribute position requirements to additional suppliers as necessary or remove suppliers based on infractions.
- Core competencies and regional strength, as well as sector strength, of each Preferred Supplier will be used to leverage types of positions suppliers receive in order to improve quality of resources and decrease cycle time.

GENERAL GUIDELINES
- Preferred Suppliers are required to be set up in the Fieldglass system, which will process all timesheet approval and distribution of payments. Manual payments are not allowed, with the exception of expenses.
- Preferred Suppliers are permitted and encouraged to develop relationships with Citi Technology managers in order to understand their technology and business strategies. This will allow our Preferred Suppliers to effectively pipeline resources based on forecasting demands.
    - Preferred Suppliers are permitted to discuss overall role/function with hiring managers, as well as high level information regarding their business and technical environment, challenges, etc.
- Any services being provided by a Preferred Supplier outside of the areas listed below, must be disclosed to the Staffing Office prior to any commitments/execution of work/services. Approval from the Staffing Office must be obtained for any work falling outside of the following areas:
    - ICG Technology
    - GCT
    - CTO
    - CTI
    - CSS
    - OTRM
    - OCIS
- Preferred Suppliers are not permitted to leverage 3rd party/subcontractors for any work at Citi.

CONFIDENTIAL                                                                                                                        LGCITI001173

- ❖ Preferred Suppliers are not permitted to engage in direct conversation with Citi Technology managers regarding position requirements, including details of job specifications, resumes, candidates, interviews, rates and offers. Preferred Suppliers are required to educate Citi Technology managers on the Staffing Office's process for recruiting staff augmentation contractors.
- ❖ Preferred Suppliers must adhere to the following process defined below:

  - o All transactional activities are to be coordinated through the Staffing Office Recruiters including: position requirements distribution, position requirements questions regarding specifications, resume submittals and feedback, interview scheduling and subsequent feedback, bill rate negotiations, on/off boarding, resource start dates, issues management and due diligence requirements. Violation of this process will result in suspension and repeated offenses may potentially result in removal from the R&LS Preferred Supplier Program.

  - o Citi Technology managers are not permitted to distribute position requirements directly to suppliers. Position requirements received from a line of business manager are not to be considered valid approved positions. All position requirements must come through the R&LS Staffing Office.

  - o Preferred Suppliers are not guaranteed an exclusive backfill for a contractor terminating their engagement. Preferred Suppliers are prohibited from discussing exclusivity arrangements directly with a Citi Technology manager. There will be no exclusivity for bringing requirements to the attention of the Staffing Office or for educating Citi Technology managers on the Staffing Office model and Preferred Supplier Program. Preferred Suppliers are expected as part of their services to Citi to educate managers on the operating model and promote the Program.

  - o In the event a Preferred Supplier receives a call from a Citi Technology manager to discuss a position requirement, the supplier must advise the manager to contact the Staffing Office. The Supplier must email and/or call the appropriate Recruiter within the Staffing Office to provide details so follow up can be done accordingly. Suppliers are not to assume that the Citi Technology Manager has followed up and engaged the Staffing Office. It is a core responsibility of the Preferred Supplier community to bring requirements to our attention immediately.

  - o Preferred Suppliers are required to inform the Staffing Office of any organizational changes within their firm and/or changes in technical/business capabilities within 5 business days of said change. This includes, but is not limited to, Account Manager and Recruiting changes, mergers and acquisitions, financial status, etc. All supplier organizational changes and/or technical/business capabilities changes should be directed to Donna Gruppuso.

  - o Contractors engaged at the bank through a Preferred Supplier will not be considered 'owned' by that supplier once the engagement is complete. It is the responsibility of each Preferred Supplier to conduct their internal due diligence and screening to ensure that non-competes and restrictive covenants do no prohibit the resource from being engaged through another preferred supplier at the same client site. The Staffing Office will not support resources violating their non-competes and as such, expect our Preferred Suppliers to allow for a healthy competitive environment. This will allow for a consistent and competitive playing field.

**POSITION REQUIREMENTS DISTRIBUTION AND SUBMITTAL PROCESS**

- ❖ All resumes must be submitted to the R&LS Staffing Office for review and qualification. Any resume sent directly to a line of business manager will be in direct violation of the guidelines and will result in suspension from the

2

CONFIDENTIAL

LGCITI001174

Citi Technology Preferred Supplier Program and be reflected accordingly on the scorecard. Repeat offenses may result in removal from the Preferred Supplier Program.

- For all position requirements, Preferred Suppliers are encouraged to submit their two most qualified candidates; however, you are permitted to submit more than two candidates/resumes unless specifically noted by the Staffing Office Recruiter. If only two resumes are permitted on a particular requirement, the Recruiter will note such in Fieldglass and/or via email to the suppliers.
- Resumes are to be submitted without any company logo/name/address information. Resumes submitted with a company logo/name/address will not be considered by the Staffing Office.
- Suppliers are required to disclose at time of submittal the employment status of the resource (W2 hourly, W2 salaried, Independent Contractor/1099). No subcontractors/3rd party agencies are permitted to be utilized.
- Suppliers are required at time of submittal to disclose pay rate of resource, employee status, visa status, and availability to start.
- Suppliers submitting candidates within Fieldglass are required to include the contractor's current location as well as visa status, if applicable, within the Job Seeker section of the Fieldglass tool. There is a drop down menu specific to the visa status for the contractor being submitted. The contractors' current location must be entered within the Comments section.
- Suppliers are required to provide a professional reference when submitting a candidate's resume if the candidate has previous Citi experience as either a contractor or full time employee. The name of the manager should be disclosed along with details regarding the feedback from the manager and former Citi status (i.e, Employee or Contractor). The Staffing Office will validate internal references and proceed accordingly. The details of the reference validation will not be disclosed to the suppliers.
- The Staffing Office's "priored" policy is on a job-by-job basis. The supplier who presents the candidate first will be given first consideration and 'own' the candidate for that position requirement only. 'Ownership' of the resource against the position requirement will exist until the job is either filled or cancelled. Other suppliers may present the resource for other job positions.
- The Staffing Office will review resumes in batch after the 48 hour waiting period. All resumes submitted during the 48 hour period will be reviewed and suppliers will be provided feedback on all candidates.
- The Staffing Office will advise after the initial batch of resumes are reviewed as to whether additional candidates are needed.
    - If additional candidates are needed, the Staffing Office will review them real time as they come in to the system.
    - If no additional candidates are needed, the Staffing Office will not review any additional resumes.
- In the event a client is unable to wait 48 hours to receive resumes from the Staffing Office as a result of an urgent resource need, the Staffing Office Recruiter will advise the supplier community that resumes will be reviewed in 24 hours. The same batch review process will take place.
- In the event a supplier is not receiving productive and useful feedback from the Staffing Office on resume submittals, escalation to the Global Head of the Staffing Office should occur.

**SCREENING/QUALIFYING REQUIREMENTS:**
- Suppliers are required to screen and qualify each candidate prior to resume submittal to the Staffing Office. The following requirements must be met:
    - Interview (either via phone or in-person with the latter strongly encouraged and preferred)
    - Validation and verification that resume of resource is accurate and honest
        - It is a suppliers responsibility to ask exhaustive detailed questions to ensure that a candidate is who they say they are.
    - A minimum of 2 reference checks, which are to be provided to the Staffing Office upon submittal of resume. If references are not available at time of submittal, they must be provided prior to interview, without exception.
    - If resource is NOT local and will need a phone interview with the manager, then a Drivers License or Passport photo must be provided at time of submittal. The photo will be provided to the client at the time the resume is provided, if qualified by the Staffing Office.

3

- This is to ensure that if resource is:
  1. Subsequently asked to participate in face to face interview, the manager will be able to validate the resource who phone interviewed is same person at the in-person interview
  2. Subsequently offered opportunity and accepts, the manager will be able to validate on first day of work that resource is same as resource that interviewed via Skype, FaceTime, VC, etc.
- If the resource is local and Skype, FaceTime, VC, is utilized for the initial interview with the client, the candidate must come to the supplier's office for the client interview and show proof of identification.
  - If the resource chooses not to go to the supplier's office location for the initial client interview, then a Drivers License or Passport photo must be provided to the Staffing Office, which will then be provided to the client for future validation.
  - If a phone interview is utilized for the initial interview, the resource must go to the supplier's office for the phone screen and provide proof of identification. If a resource refused to go to the supplier's location for phone interview, then the resource will be withdrawn from consideration.
- Employment verification must be completed and provided to the Staffing Office prior to resource start date. Once an offer is extended for a particular resource, an e-mail with the following information must be provided to the Citi recruiter:
  - ✓ Date of when employee verification was completed by the supplier
  - ✓ Companies verified by the supplier
  - ✓ From the companies verified, who did the supplier speak with from that company.
- Education verification must be completed prior to the resource start date.

❖ In the event a potential candidate comes to you via a referral from a individual or from a 3rd party agency where you would pay a referral fee, it is imperative that the following occur:
  - You obtain a resume directly from the individual/potential candidate and do not rely upon the resume from the referring party
  - Ensure that all due diligence/screening requirements are met without exception
  - Do not rely upon the referring party to provide contact information for references or employment verification. All reference and employment history including contact information must come from the individual candidate.

**INTERVIEW AND FEEDBACK PROCESS**

❖ All interviews are to be scheduled via the Staffing Office. Suppliers are not permitted to schedule interviews directly with the Citi Technology managers at any time, unless specifically instructed to do so by the Staffing Office in writing. Suppliers scheduling interviews directly with a Citi Technology manager will be in direct violation of the guidelines and will result in suspension from the Preferred Supplier Program. Repeat offenses may result in removal from the Citi Technology Preferred Supplier Program.
❖ All requests from suppliers for interview feedback must be directed to the Staffing Office. Suppliers are not permitted to request interview feedback from the Citi Technology manager, unless specifically instructed to do so by the Staffing Office. Supplier soliciting interview feedback directly from a Citi Technology manger will be in direct violation of the guidelines and will result in suspension from the Preferred Supplier Program. Repeat offenses may result in removal from the Preferred Supplier Program.
❖ The Staffing Office Recruiter will schedule all interviews on behalf of the managers. Pending an enhancement to the NEMSR3/Fieldglass system to ensure proper interviewing functionality exists, the Staffing Office will schedule interviews outside of the system via email.
  - Suppliers are expected to respond to interview requests within an hour and make every effort to deliver your candidate at the time requested.

CONFIDENTIAL

LGCITI001176

**OFFER & ONBOARDING PROCESS**

- The Staffing Office has an SLA of 3 days to complete onboarding, which includes receiving Drug Testing Certification, Clearance of Fingerprinting/Background Checks, Creation of SOEID, and Creation/Acceptance/Approval of Work Order within Fieldglass.
- Suppliers are required to follow the process consistently and aggressively in order to ensure SLAs are met on each and every resource being onboarded.
- The Staffing Office is NOT responsible for Provisioning (i.e., Systems Access, Real Estate, Phones, etc). Provisioning is managed by the App Manager engaging the resources.

- All offers will be extended to suppliers by the Staffing Office in writing or via the Fieldglass system.
- Eleventh hour negotiations on bill rates will not be entertained from the supplier community.
- The Staffing Office will work diligently to ensure there are no 11th hour negotiations on bill rate from the client.
- Upon supplier providing either written or verbal acceptance (or acceptance via NEMSR3/Fieldglass) of an offer on behalf of their contractor to the Staffing Office, the supplier is required to immediately (i.e. within 6 hours) provide the Non-Employee Onboarding Document (NEOD) Package to the Staffing Office. NEOD submission must be sent from supplier email account, all documents must be attached **not** sent through filelink as these files expire.
- The NEOD includes the following elements:
    - Consumer Credit and Criminal Record Search
    - APPENDIX A: ACKNOWLEDGEMENT OF CITIGROUP POLICIES & CERTIFICATION OF COMPLIANCE
    - APPENDIX B: ASSURANCE OF COMPLIANCE
    - Work Authorization Attestation
    - Drug Testing Attestation
- Suppliers are required to respond to all onboarding requests within 6 hours from time of request from the Staffing Office.
- Suppliers must comply with Citi's Due Diligence requirements. All US resources are required to be fingerprinted by a Citi facility with the results provided prior to the resources' start dates. Contractors are prohibited from beginning an engagement within Citi Technology until fingerprinting results are received and communicated to the supplier from the Staffing Office. Suppliers not adhering to this policy will be removed from the Citi Technology Preferred Supplier Program.
- Contractors working in the US are required to get background checks processed through a Citi facility and drug testing processed by GTRS Suppliers.
    - Suppliers are required to schedule drug testing immediately once resource has been identified and accepted by the Citi manager
        - At a bare minimum, drug tests are to be scheduled to be taken the NEXT DAY after a resource has been identified/accepted by the Citi Manager.
    - Drug testing certification is due to the Staffing Office within one business day of the completion of background check (if not already included with the NEOD onboarding email to Staffing Office).
    - Contractors are prohibited from beginning an engagement within Citi Technology until clearance and start date is provided by the R&LS Technology Staffing Office.
    - Suppliers are responsible for ensuring their resources are drug tested and clearance provided prior to their start date. A resource must start within 30 days of clearance results. Suppliers are responsible for completing the Drug Test Attestation providing the start date of the resource's drug test and attesting to the clearance of the resource prior to their start date. Drug testing must be completed (including results) within 48 hours of time of offer being extended.
- Preferred Suppliers are required to ensure that they accept all New Work Orders and Renewals of existing Work Orders via the Fieldglass system within 6 hours of receipt from the Staffing Office.
- Preferred Suppliers are required to ensure their contractor resources register within the Fieldglass system within 24 hours from start date.

5

**IMMIGRATION DUE DILIGENCE**
- ❖ H1B Visa resources are required to have their LCAs posted, which is facilitated and managed by the Staffing Office.
    - o  A new LCA must be prepared by the Preferred Staff Aug Supplier and submitted to the Staffing Office to be posted on the worker site in 2 public locations for 10 consecutive days PRIOR to the supplier petitioning for a new or amended H1B.
    - o  The LCA must be in a "Submitted" or "In Process" status.
    - o  The LCA must be provided to the Staffing Office within 48 hours of the Staffing Office extending the official and formal offer to the Preferred Supplier.
    - o  This SLA must be adhered to in order to eliminate start delays and impact to projects.
    - o  Resources cannot start until the LCA posting is completed and clearance is provided by Staffing.
    - o  LCAs must come directly from the Preferred Supplier and not from the Contractor.
    - o  If the resource is via a 3rd party subcontracting firm, the LCA must be on their letterhead since resource is their employee.
    - o  LCAs are only to be sent to the Staffing Office for resources that will reside in a Citi building.
    - o  For projects where multiple contractors will be employed by the suppliers AND the rates, skills, and work location will all the same, then the supplier is permitted to provide ONE LCA. One LCA will then be posted for the specific set of resources against the one project.
    - o  For resources moving to a new Citi location within the same MSA (Metropolitan Statistical Area), suppliers are permitted to post the LCA that was originally used for the initial location and the person will be permitted to start work the next day. However, if the MSA(Metropolitan Statistical Area) is different, then a new LCA posting is required and must meet all the requirements of a new LCA posting.
- ❖ B1 Visa holders are to be engaged for purposes of business meetings and information sharing sessions only. Resources are not permitted to produce any work product at all. Resources will not be given badges or systems access. Suppliers will not receive any payment from Citi for the resources time in any form (T&M or Fixed Price) before, during, or after such business meetings and/or information sharing sessions.

**REQUEST FOR A CLIENT LETTER**
- ❖ The Staffing Office has created a centralized process for Client Letters
- ❖ All Suppliers are required to follow the outlined process and are not permitted to approach anyone at Citi for Client Letters. There is a zero tolerance philosophy and the process must be strictly adhered to without exception.
- ❖ The process is for SUPPLIERS only. Contractors are NOT permitted to request Client Letters to either the R&LS Staffing Office or to the managers. Requests from Contractors will NOT be entertained.
- ❖ Suppliers must complete the following steps to request a letter verifying the provision of services by a Resource at a Citi office in the U.S. ( RVL/End User Client Letter):
    - o  Complete, sign and date the attached RVL Attestation (Attestation) in its entirety, including effective date of Master Agreement, name of Resource, Citi office location where Resource will provide services, and locations of Labor Condition Application postings (for all resources in H-1B, E-3 and H-1B1 status)
    - o  Must include the RFE.
    - o  Return the completed, signed and dated Attestation document via email in PDF format to GTRSStaffingOfficeEndClientLetters@citi.com. The subject field of the email must specify "Resource Verification Letter/End User Client Letter with the Name of the Contractor Resource."
    - o  Following review of the completed Attestation within 24 hours from receipt, we will contact you regarding your request. If all information is complete and accurate (and no further supporting documentation is required), The R&LS Staffing Office will provide the appropriate Letter to the requesting supplier. This will be done within 24 hours from receipt of all required information. Any incomplete Attestations will not be addressed and you will not receive further communication. Citi reserves the right to request any and all supporting documentation relating to this request before making any determination.

6

**CONFIDENTIAL**

**LGCITI001178**

Notwithstanding receipt of an Attestation, Citi may decline to issue a RVL in its sole discretion.

**OFFBOARDING**
- Preferred Staff Aug Suppliers are required to communicate termination information of their contractor resources to the Staffing Office 24 hours in advance of the termination, at a bare minimum. Communication should be sent to the Onboarder supporting the Sector with the following pertinent information:
    - Name and GEID of contractor resource
    - Termination Date
    - Reason for Termination. Available reasons include:
        - Termed Due to Poor Performance by Citi Management
        - Project Ended/Cancelled by Citi Management
        - Voluntary Consultant Resignation prior to end of engagement
        - Conversion to FTE by Citi Management
    - Please include whether the resource has been re-assigned to another engagement within Citi and, if so, provide Sector, SMT, Project Name and Start Date.

**PRICING**
- Bill rates are determined by technology and business domain knowledge and skills for a particular position requirement. The defined rate card by region provides a maximum bill rate and preferred suppliers are expected to bid competitively against the maximum bill rates by region.
- All pricing is based on a mark up above pay model with varying mark ups based on employee type per your firm's Amendments to the Master Agreement. The mark ups are maximum mark ups and not guarantees at the transactional level.
- All bill rates are daily except where noted by the Staffing Office.
    - The Global Consumer Technology (GCT) currently has a 40 hour professional work week. There is no OT paid out for any hours worked beyond 40 per week.
        - Suppliers are expected to ensure that their resources understand the GCT work week comprehensively.
- All requests for bill rate increases should be documented and sent to the Staffing Office. Suppliers are expected to provide a business case justification for the bill rate increase request. All bill rate increase requests will be vetted for approval. Suppliers are not permitted to engage in direct dialogue with Citi Technology managers regarding potential bill rate increases.

**TIME TRACKING AND PAYMENT PROCESS**
- All transactions including timesheet submittals, approvals and payments must be made via Fieldglass.
- Manual invoices for hours worked are not permitted unless authorized by the Staffing Office. Manual invoices for expenses are permitted as Fieldglass currently processes hours worked only and not expenses.
- Preferred Suppliers are responsible for ensuring that their contractors are educated on the appropriate timesheet submittal process including PTS/TRS/Planview and Fieldglass for all resources out of US managed P&Ls
    - For the CTO and ICG Technology organizations, resources are required to enter their time into PTS/TRS, which then feeds to Fieldglass.
    - For all other areas of the bank, resources are required to enter their timesheets directly into Fieldglass.
    - Time must be entered into PTS/TRS weekly, every Friday without exception (for ICG Technology and CTO)
    - Time must be entered into Fieldglass weekly, every Friday without exception (for all other areas of the bank)
    - It is a supplier's responsibility to ensure their resources enter time weekly
    - The Staffing Office will work with the timesheet approvers via a weekly report distributed to managers indicating pending timesheets with a request for approval
- Hiring managers are prohibited from signing manual timesheets from suppliers where Fieldglass is implemented.

**CONFIDENTIAL**

- Contractors are responsible to enter non-billable time for vacation, sick, and general out of office time. This will ensure that we do not have any 'missing' timesheets and alleviate outstanding payment issues.
- Payment to suppliers on a monthly basis is based on approved timesheets in the system. The Staffing Office monitors unapproved timesheets on a weekly basis to ensure managers take appropriate action in approving their contractor's timesheets.
- All billing/payment discrepancies must be brought to the attention of the Staffing Office. Any discrepancies must be brought to the attention of the Staffing Office in writing within 60 days from services rendered. No billing discrepancies will be entertained after the 60 days time period has elapsed.
- It is the supplier's responsibility to monitor their contractors to ensure that time is entered every week as instructed.
- Full weeks of time must be submitted by contractors via their respective timesheet tracking system. For example, in the event month end falls in the middle of the week, contractors should submit their time through Friday in order to ensure accuracy of payment to the suppliers.
- Manual invoices are prohibited from being submitted to the Citi Technology manager or the Staffing Office under any circumstances without written approval from the Staffing Office. Failure to comply with this process will result in suspension from the Preferred Supplier Program.

**PERFORMANCE EVALUATION/SCORECARD PROCESS**

- The Staffing Office will conduct formal performance evaluations via a Scorecard Program on a semi-annual basis. New Preferred Suppliers will be evaluated quarterly for the first year of their involvement in the Program.
- Suppliers are expected to monitor their performance on a regular basis and be prepared to discuss and address any issues during their formal assessments with the Staffing Office.
- Preferred Suppliers not meeting performance/scorecard expectations will be put on action plans as agreed by both parties. Failure to meet agreed upon action plans will result in removal from Citi's Preferred Staff Augmentation Program.

**REPORTING REQUIREMENTS**

- Preferred Suppliers are required to provide complete and accurate Monthly Termination Reports to the Staffing Office via the Monthly Vendor Activity Report (MVAR template).
- Additional reporting requirements may be required on a regular basis or ad-hoc and suppliers are expected to comply with all requests.

8

**CONFIDENTIAL**

**LGCITI001180**

I, _____, an authorized representative of _____, acknowledge that I have read, understand and agree to adhere to the outlined Rules of Engagement. I understand that failure to comply with any of the engagement guidelines will result in suspension and/or removal from Citi's Preferred Supplier Program.

SUPPLIER:
SIGNATURE: _____
PRINT NAME: _____
TITLE: _____
DATE: _____

CONFIDENTIAL

LGCITI001181

10

**CONFIDENTIAL**

**LGCITI001182**