# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| CAROLINE ALANA LEWIS-GURSKY, and RUBEN CHEZ, on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>CITIGROUP, INC., and JUDGE TECHNICAL SERVICES, INC.<br><br>**Defendants.** | Case No. 15 Civ. 2887 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Opt-In Plaintiff Carolyn Johnson ("Johnson") and Defendants Citigroup, Inc. and Judge Technical Services, Inc. (together, "Defendants"), by counsel, hereby stipulate and agree as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Johnson's claims against Defendants asserted in this action are hereby DISMISSED WITH PREJUDICE without costs or attorneys' fees to any party.

IT IS SO AGREED AND STIPULATED.

Dated: December 12, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ *Ryan F. Stephan* | /s/ *Michael J. Puma* |
| Ryan F. Stephan | Michael J. Puma |
| **STEPHAN ZOURAS, LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| Ryan F. Stephan (admitted *pro hac vice*) | Michael J. Puma (admitted *pro hac vice*) |
| James B. Zouras (admitted *pro hac vice*) | Justin K. Victor (admitted *pro hac vice*) |
| Teresa Becvar (admitted *pro hac vice*) | 1701 Market Street |

205 North Michigan Avenue, Suite 2560
Chicago, IL 60601
Telephone: (312) 233-1550
rstephan@stephanzouras.com
jzouras@stephanzouras.com
tbecvar@stephanzouras.com

David J. Cohen (admitted *pro hac vice*)
604 Spruce Street
Philadelphia, PA 19106
Telephone: (215) 873-4836
dcohen@stephanzouras.com

**OUTTEN & GOLDEN LLP**
Adam T. Klein (admitted *pro hac vice*)
Molly A. Brooks (admitted *pro hac vice*)
Michael J. Scimone (admitted *pro hac vice*)
Olivia J. Quinto (admitted *pro hac vice*)
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
atk@outtengolden.com
mbrooks@outtengolden.com
mscimone@outtengolden.com
ojq@outtengolden.com

**BURR & SMITH, LLP**
Sam J. Smith, FL Bar No. 818593
Loren B. Donnell, FL Bar No. 013429
111 2nd Ave. NE, Ste. 1100
St. Petersburg, FL 33701
Telephone: (813) 253-2010
ssmith@burrandsmithlaw.com
ldonnell@burrandsmithlaw.com

*Attorneys for Plaintiffs and the Putative Collective*

Philadelphia, PA 19103
Telephone: (215) 963-5000
michael.puma@morganlewis.com
justin.victor@morganlewis.com

Sam S. Shaulson (admitted *pro hac vice*)
Jason D. Burns (admitted *pro hac vice*)
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
sam.shaulson@morganlewis.com
jason.burns@morganlewis.com

Carol A. Field, FL Bar No. 987166
5300 Southeast Financial Center
200 S. Biscayne Blvd.
Miami, FL 33131-2339
Telephone: (305) 415-3000
carol.field@morganlewis.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| **CAROLINE ALANA LEWIS-GURSKY, and RUBEN CHEZ, on behalf of themselves and all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITIGROUP, INC., and JUDGE TECHNICAL SERVICES, INC.**<br><br>Defendants. | **Case No. 15 Civ. 2887** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2016, I electronically filed the foregoing, Stipulation of Dismissal With Prejudice, with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

*/s/ Ryan F. Stephan*
Ryan F. Stephan
